IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TANYA NICOLE SAUERMILCH PEREZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAMES ANTHONEY MOORE,<br><br>　　　　　　Defendant. | 8:20CV420<br><br><br>**ORDER** |

Now that the Court of Appeals' mandate has issued, and this court's judgment dismissing the above-captioned case has been summarily affirmed on appeal,

IT IS ORDERED:

1. Plaintiff's motion for miscellaneous relief (Filing 15) is denied.

2. Plaintiff's motion to withdraw document (Filing 18) is denied.

Dated this 5th day of January, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge